PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 03, 2025**

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Kulani Kaaihue, Abraham Kamakah Hoopla | Docket No. | 0980 2:25CR00038-RLP-1 |

### Petition for Action on Conditions of Pretrial Release

     COMES NOW Nicolas Olson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Abraham Kamakah Hoopla Kulani Kaaihue, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the Court at Spokane, Washington, on the 28th day of March 2025 under the following conditions:

<u>Condition 12</u>: **Controlled Substances Prohibition:** Defendant shall not use or possess any narcotic drug or other controlled substances as defined in 21U.S.C. S 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized to use medical marijuana under state law and regardless of whether marijuana is legal under state law.

     RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

<u>Violation 1</u>: It is alleged that the defendant has violated the above-stated condition on or about May 20, 2025, by consuming a prohibited controlled substance, marijuana.

On May 20, 2025, the undersigned officer contacted the defendant at his residence for an unannounced home contact. During this contact the defendant submitted to a urinalysis drug test. This test resulted in a presumptive positive for THC/marijuana. The defendant denied use of such substance, but did report that his sisters had smoked marijuana in the home. The urine sample was sealed in the defendant's presence and he signed the chain of custody form. The sample was sent to the national testing lab (NTL) for confirmation testing. On May 30, 2025, the NTL returned confirmed positive results for marijuana.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on:    06/03/2025 |
| by | s/Nicolas Olson |
| | Nicolas Olson<br>U.S. Pretrial Services Officer |

Re: Kulani Kaaihue, Abraham Kamakah Hoopla
June 3, 2025
Page 2

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

6/3/25
_____
Date